IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LACRISHA WATSON, *et al.*,

    Plaintiff,

v.

CENTRAL TRANSPORT LLC, *et al.*,

    Defendants.

Case No. 25-cv-1144 JPG

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 12/9/2025**    MONICA A. STUMP, Clerk of Court

    *s/ Tina Gray, Deputy Clerk*

**Approved:**    *s/J. Phil Gilbert*
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**